IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN L. BLOOMER, | : | |
| Plaintiff, | : | |
| v. | : | 3:13-cv-00862 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : | Hon. John E. Jones III |
| Defendant. | : | |

## ORDER

### August 19, 2014

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Susan L. Bloomer and against the Commissioner of Social Security as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Susan L Bloomer social security disability insurance benefits is vacated and the case remanded to the Commissioner of Social Security to

   A. Conduct a new administrative hearing and;

   B. Properly evaluate the evidence and opinions presented by John Handago, M.D. and, if necessary, elicit further

medical opinion regarding Bloomer's residual functional capacity as of December 31, 2008.

                                              <u>s/ John E. Jones III</u>
                                              John E. Jones III
                                              United States District Judge

medical opinion regarding Bloomer's residual functional capacity as of December 31, 2008.

                                        <u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge